UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 290086

IN RE:                                    CASE NO.  05-44786-BKC-RAM
THELMA ARMENTEROS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*U.S. BANKRUPTCY COURT*
*SO. DISTRICT OF FLORIDA*
*MAR 2 0 2011*
*FILED ____ RECEIVED ____*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 680.78 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

THELMA ARMENTEROS
19981 SW 83 AVE
MIAMI, FL 33189

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

NATIONAL CITY BANK
PO BOX 500 K-A16-2J
PORTAGE, MI 49081

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  05-44786-BKC-RAM
THELMA ARMENTEROS


CHAPTER 13


THELMA ARMENTEROS

19981 SW 83 AVE
MIAMI, FL 33189


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

NATIONAL CITY BANK              ---------$         680.78
PO BOX 500 K-A16-2J
PORTAGE, MI 49081                   UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130